# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:10cr12-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| TRAVIS MAXEY. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 4].

For the reasons stated, the Court will dismiss without prejudice the indictment as to this Defendant only.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 4] is hereby **GRANTED** and the indictment is hereby dismissed without prejudice as to Travis Maxey.

Signed: February 25, 2010

Martin Reidinger
United States District Judge